Jared G. Christensen, Esq.
Nevada Bar No. 11538
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
O: (702) 800-6000
F: (702) 224-2114
jach@stevedimopoulos.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNIE F. BERNARDINO, individually; LINDA GABERTAN NICOLAS, individually; and TESSY LAKE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.:   2:25-cv-00806-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |

Plaintiffs Minnie F. Bernardino, Linda Gabertan Nicolas and Tessy Lake, by and through their attorney of record, Jared G. Christensen, Esq. of Dimopoulos Law and Defendant Nationwide General Insurance Company, by and through its attorneys of record, Griffith Hayes, Esq. of the law firm Tyson & Mendez LLP, hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan and continue the discovery deadlines for 60-days as requested herein.

**I.   LOCAL RULE IA 6-1 IS SATISFIED**

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Scheduling Order from May 14, 2025, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:                September 30, 2025
2. Initial Expert Disclosure:              July 2, 2025
3. Rebuttal Expert Disclosure:          August 1, 2025
4. Dispositive Motions:                    October 30, 2025

| | |
|---|---|
| 5. Joint Pre-Trial Order: | December 1, 2025 |

The parties need additional time to prepare for the disclosure of initial expert witnesses including serving of written discovery and subpoenas to make sure the parties have all relevant evidence. Additionally, the attorney handling this matter on behalf of Plaintiffs has left the firm which has caused some delay in conducting discovery. Moreover, the parties would like to reach a settlement, but additional time to conduct discovery is necessary. Accordingly, the parties are requesting a 60-day extension to the Discovery deadlines.

The instant request comports with Local Rule IA 6-1, in that no request is being made after the expiration of the specified period.

## II. LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, The parties need additional time to prepare for the disclosure of initial expert witnesses including serving of written discovery and subpoenas to make sure the parties have all relevant evidence. Additionally, the attorney handling this matter on behalf of Plaintiffs has left the firm which has caused some delay. Moreover, the parties would like to reach a settlement, but additional time to conduct discovery is necessary. Accordingly, the parties are requesting a 60-day extension to the Discovery deadlines.

The parties are requesting an additional 60-days be afforded for discovery. The following deadlines are requested.

| | |
|---|---|
| 1. Discovery Cutoff Date: | December 1, 2025 |
| 2. Initial Expert Disclosure: | September 2, 2025 |
| 3. Rebuttal Expert Disclosure: | October 1, 2025 |
| 4. Dispositive Motions: | January 5, 2026 |
| 5. Joint Pre-Trial Order: | February 2, 2026 |

/ / /

/ / /

/ / /

/ / /

The parties hereby stipulate to the proposed changes in the discovery deadlines.

DATED this 17th day of June 2025

**DIMOPOULOS LAW FIRM**

 /s/ Jared G. Christensen
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
*Attorneys for Plaintiffs*

DATED this 17th day of June 2025

**TYSON & MENDEZ LLP**

/s/Griffith Hayes
Griffith Hayes, Esq.
Nevada State Bar No. 7374
*Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: June 18, 2025

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** in 2:25-cv-00806-MMD-BNW was submitted by:

DIMOPOULOS LAW FIRM

By:  /s/ Jared G. Christensen
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
*Attorneys for Plaintiffs*

| | |
|---|---|
| **From:** | Griffith Hayes |
| **To:** | Jared Christensen |
| **Cc:** | Alexia Hernandez |
| **Subject:** | RE: Bernardino et al v. Nationwide General Insurance Company (211833) |
| **Date:** | Wednesday, June 11, 2025 5:52:16 PM |
| **Attachments:** | image002.png |
| | image003.png |

Thanks Jared.  Okay to affix my signature.  Griff



**Griffith H. Hayes**
**Partner**
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Phone: 702.724.2648
Direct: 725.210.6781
Fax: 702.410.7684
GHayes@Tysonmendes.com
www.Tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Jared Christensen <jach@stevedimopoulos.com>
**Sent:** Wednesday, June 11, 2025 3:44 PM
**To:** Griffith Hayes <ghayes@TysonMendes.com>
**Cc:** Alexia Hernandez <alh@stevedimopoulos.com>
**Subject:** RE: Bernardino et al v. Nationwide General Insurance Company (211833)

Thanks Griff,

Here is the proposed Stip. Please let me know if you have any revisions or let me know if we can esign for you.



**Jared Christensen**, *Esquire*
**DIMOPOULOS LAW FIRM**
P: (702) 800-6000
F: (702) 224-2114
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
WWW.STEVEDIMOPOULOS.COM