**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Nationwide General Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINNIE F. BERNARDINO, individually; LINDA GABERTAN NICOLAS, individually; and TESSY LAKE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE GENERAL INSURANCE COMPANY a foreign corporation; DOE INDMDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendants. | Case No. 2:25-cv-00806 <br><br> ORDER GRANTING **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs MINNIE F. BERNARDINO, LINDA GABERTANNICOLAS, and TESSY LAKE, by and through their counsel, DIMOPOULOS INJURY LAW and Defendant NATIONWIDE GENERAL INSURANCE COMPANY, by and through its counsel, TYSON & MENDES, LLP, that

///

///

///

///

///

///

///

///

1

Plaintiffs' complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 24th day of February, 2026.          DATED this 24th day of February, 2026.

**TYSON & MENDES LLP**                            **DIMOPOULOS INJURY LAW**

/s/ *Griffith Hayes*                              /s/ *Jared Christensen*

_____                  _____
GRIFFITH H. HAYES                                 STEVE DIMOPOULOS
Nevada Bar No. 7374                               Nevada Bar No. 12729
2835 St. Rose Pkwy., Suite 140                    JARED G. CHRISTENSEN
Henderson, NV 89052                               Nevada Bar No. 11538
*Attorneys for Defendant Nationwide General*      6671 South Las Vegas Boulevard, Suite 275
*Insurance Company*                               Las Vegas, Nevada 89119
                                                  *Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED this 25th day of February, 2026.**

2

## Stefania Rota Scalabrini

| | |
|---|---|
| **From:** | Jared Christensen <jach@stevedimopoulos.com> |
| **Sent:** | Tuesday, February 24, 2026 9:11 AM |
| **To:** | Stefania Rota Scalabrini; Sarah Huffman |
| **Cc:** | Griffith Hayes |
| **Subject:** | RE: Bernardino v. Nationwide  25-1886 |

You may esign for me. Thanks!



**Jared G. Christensen, Esq.**
(Licensed in NV, AZ, CO & UT)
**DIMOPOULOS LAW FIRM**
P: (702) 800-6000
F: (702) 224-2114
400 S. 7th St., Suite 400
Las Vegas, NV 89101
WWW.STEVEDIMOPOULOS.COM

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please e-mail the sender that you have received the communication in error.

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Monday, February 23, 2026 10:22 AM
**To:** Sarah Huffman <shh@stevedimopoulos.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Jared Christensen <jach@stevedimopoulos.com>
**Subject:** Bernardino v. Nationwide 25-1886

Good morning Sarah,

Please see Stipulation and Order to Dismiss with Prejudice. Please let us know If we may affix Mr. Christensen's signature. Thank you.

**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com